IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBBY BROWN,<br>Individually and o/b/o all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ADTALEM GLOBAL EDUCATION, INC.,<br>a Delaware Corporation, et al.,<br><br>            Defendants. | Case No. 19-00250-CV-W-ODS |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending is the parties' joint stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii). Doc. #54. With the parties' consent and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the matter is dismissed without prejudice with each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: May 13, 2020

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT